IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY R. MADISON, ) | No. C 13-2393 LHK (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| ACTING WARDEN KEVIN CHAPPELL, ) | |
| Defendant. ) | |

On June 27, 2013, plaintiff, proceeding *pro se*, filed an amended civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2013, this court screened plaintiff's amended complaint, and dismissed it with leave to amend. The court directed plaintiff to file a second amended complaint within thirty days. Plaintiff was cautioned that his failure to file a second amended complaint within thirty days would result in the dismissal of this action. More than thirty days have now passed, and plaintiff has not filed a second amended complaint as directed.

Thus, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED: 11/4/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Madison393disAC.wpd