IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY R. MADISON,               ) | No. C 13-2393 LHK (PR) |
|         Plaintiff,                           ) | JUDGMENT |
|     v.                                          ) | |
| ACTING WARDEN KEVIN CHAPPELL, ) | |
|         Defendant.                        ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/4/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.13\Madison393jud.wpd