IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY R. MADISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTING WARDEN KEVIN CHAPPELL,<br><br>　　　　Defendant. | No. C 13-2393 LHK (PR)<br><br>JUDGMENT |

　　The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

　　IT IS SO ORDERED.

DATED: 11/4/13

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
G:\PRO-SE\LHK\CR.13\Madison393jud.wpd